**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | |
|---|---|
| The Pregnancy Care Center of Rockford and the Diocese of Springfield in Illinois,<br><br>    Plaintiffs,<br><br>     v.<br><br>James Bennett, in his official capacity as Director of the Illinois Department of Human Rights, and Kwame Raoul, in his official capacity as Illinois Attorney General,<br><br>    Defendants. | No. 3:25-cv-50127<br>Hon. Rebecca R. Pallmeyer |

**JOINT NOTICE REGARDING NEED FOR JURISDICTIONAL DISCOVERY AND/OR EVIDENTIARY HEARING**

Pursuant to this Court's order dated March 31, 2026, dismissing Plaintiffs' Verified Complaint, allowing leave to amend within 21 days, striking Plaintiffs' motion for a preliminary injunction, and ordering the parties to confer and submit a joint plan for jurisdictional discovery (Dkt. 51), the parties jointly state the following.

1. Pursuant to the Court's order, the parties conferred by telephone conference and email regarding the need for jurisdictional discovery and/or an evidentiary hearing.

2. The parties' proposals below are contingent upon Plaintiffs filing an amended complaint within the time allowed by the Court. If Plaintiffs do not file an amended complaint within that period, the Court's order dismissing their first complaint becomes final, and the parties agree that no discovery or evidentiary hearing is necessary.

3. Plaintiffs stand on the allegations in their Verified Complaint, which they contend are sufficient to establish subject matter jurisdiction and entitlement to preliminary injunctive

1

relief. Thus, Plaintiffs do not intend to amend their Verified Complaint but rather intend to appeal the Court's order. For these reasons, Plaintiffs agree with Defendants that no jurisdictional discovery or evidentiary hearing is necessary or proper at this time.

4. Should Plaintiffs file an amended complaint within the allotted time, Defendants propose the following plan.

5. Defendants propose that the scope of jurisdictional discovery will include, but not be limited to:

a. Plaintiffs' employment and hiring practices;

b. Plaintiffs' past employment and hiring decisions;

c. Plaintiffs' beliefs and organizational missions regarding reproductive health decisions;

d. Plaintiffs' practices as to job applicants' and employees' reproductive health decisions;

e. Plaintiffs' employees' personnel information, including disciplinary records; and

f. Any other matters that bear on whether Plaintiffs have standing to challenge House Bill 4867 (2024).

6. Defendants propose that any jurisdictional discovery be limited to fact witnesses.

7. If Plaintiffs amend the Verified Complaint within the time set by the Court, Defendants propose the following schedule:

a. If Plaintiffs file an amended complaint, the jurisdictional discovery period will commence immediately;

b. Written discovery will close 120 days after the date an amended complaint is filed;

2

c.  Fact depositions will conclude 30 days after the close of written discovery; and

d.  At the close of jurisdictional discovery, the parties will present their positions on

the necessity of an evidentiary hearing.

Dated: April 21, 2026

/s/ Sarah J. Gallo
Sarah J. Gallo
Holly F.B. Berlin
Emily Hirsch
Special Litigation Bureau
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
312-814-3000
sarah.gallo@ilag.gov
holly.berlin@ilag.gov
emily.hirsch@ilag.gov

*Counsel for Defendants*

3

s/ Mark Lippelmann

Mark Lippelmann, AZ Bar No. 036553*
    mlippelmann@ADFLegal.org
Ryan Tucker, AZ Bar No. 034382*
    rtucker@ADFLegal.org
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020

David Cortman, N.D. Ill. Bar No. 188810
    dcortman@ADFLegal.org
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd NE,
Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774


Whitman H. Brisky, IL Bar No. 1665634
  wbrisky@mauckbaker.com
MAUCK & BAKER, LLC
1 North LaSalle Street, Ste. 3150, Chicago, IL
60602
(312) 726-1243

*Attorneys for Plaintiffs*
*\* Admitted Pro Hac Vice*

4