**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| The Pregnancy Care Center of Rockford and the Diocese of Springfield in Illinois,<br><br>        Plaintiffs,<br><br>        v.<br><br>James Bennett, in his official capacity as Director of the Illinois Department of Human Rights, and Kwame Raoul, in his official capacity as Illinois Attorney General,<br><br>        Defendants. | No. 3:25-cv-50127<br>Hon. Rebecca R. Pallmeyer |

**JUDGMENT**

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' motion to dismiss [40] is GRANTED, and Plaintiffs' motion for preliminary injunction [29] is STRICKEN. For the reasons set out in the Court's opinion [51], and because Plaintiffs have not filed an amended complaint, the complaint is hereby DISMISSED without prejudice on the ground that Plaintiffs failed to allege Article III standing.

IT IS SO ORDERED.

_____
REBECCA R. PALLMEYER
United States District Judge

Date: 5/11/2026

1